UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANILO ORESTES RAMIREZ FRIAS (A-212-210-715),<br>Petitioner,<br>v.<br>WARDEN, CENTRAL VALLEY ANNEX, et al.,<br>Respondents. | No. 1:26-cv-8854 DAD CSK<br><br>ORDER |

Petitioner is an immigration detainee, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondents filed a motion to dismiss this action as duplicative of another action filed by petitioner in this court, Frias v. Warden, 1:26-cv-6377 DAD CSK. (ECF No. 9.) In both case no. 1:26-cv-6377 and the instant action, petitioner challenges his immigration detention.[1] However, the instant petition raises claims not raised in the petition filed in case no. 1:26-cv-6377 DAD CSK. See ECF No. 1; case no. 1:26-cv-6377 DAD CSK (ECF No. 1).

Generally, "when a pro se petitioner files a new petition in the district court while an earlier-filed petition is still pending, the district court must construe the new petition as a motion

[1] This Court takes judicial notice of the court record in case no. 1:26-cv-6377 DAD CSK. See Fed. R. Evid. 201.

to amend the pending petition" rather than as a second or successive petition. Goodrum v. Busby, 824 F.3d 1188, 1192 (9th Cir. 2016) (citing Woods v. Carey, 525 F.3d 886, 887–90 (9th Cir. 2008)). Because the petition filed in case no. 1:26-cv-6377 DAD CSK is still pending, this Court construes the petition filed in the instant action as a motion to amend the petition filed in case no. 1:26-cv-6377 DAD CSK.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to file the petition filed in the instant action (ECF No. 1) as a motion to amend the petition in case no. 1:26-cv-6377 DAD CSK.

2. The Clerk of the Court is directed to close this case.

Dated: November 23, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Fria8854.imm.ord/2